IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 08-00244-02-CR-W-NKL |
| ) | |
| DANIEL DOMINGUEZ, ) | |
| ) | |
| Defendant. ) | |

**ACCEPTANCE OF PLEA OF GUILTY**
**AND ADJUDICATION OF GUILT**

Pursuant to the Report and Recommendation of United States Magistrate John Maughmer, to which no objection has been filed, the pleas of guilty to Counts 1 and 4 of the Indictment are now accepted. Defendant is adjudged guilty of such offenses. Sentencing will be set by subsequent order of the court.

   s/ NANETTE K. LAUGHREY
NANETTE K. LAUGHREY
United States District Judge

Dated: December 31, 2008